UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES
    Plaintiff,

vs.                                            Criminal No. 06-37  (EGS)
JOHN JOHNSON
    Defendant.
_____/

**ORDER**

On **JUNE 29, 2006**, the defendant pled guilty to Count Four of the Indictment.

Accordingly, the U.S. Probation Department shall prepare and file a pre-sentence report by no later than **SEPTEMBER 5, 2006**; defendant's memorandum of law, if any shall be filed by no later than **SEPTEMBER 12, 2006**; the Government's memorandum of law, if any shall be filed by no later than **SEPTEMBER 16, 2006,** a reply, if any, shall be filed by no later than **SEPTEMBER 26, 2006**; and it is further

ORDERED that the defendant shall be sentenced in Courtroom #24A, 4th Floor on **OCTOBER 3, 2006 AT 12:00 P.M.**

IT IS SO ORDERED.

DATE: June 2, 2006       EMMET G. SULLIVAN
                                UNITED STATES DISTRICT JUDGE