UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **CRIMINAL NO. 06-037 (EGS)** |
| **JOHN C. JOHNSON,** : | |
| **Defendant.** : | |

FILED
JUN 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant, John C. Johnson, hereby submit this Factual Proffer in Support of Guilty Plea. The essential elements of the offense of Unlawful Maintenance of a Premise to Manufacture, Distribute, Store, and Use a Controlled Substance, in violation of 21 U.S.C. § 856(a)(2), each of which the Government must prove beyond a reasonable doubt, are:

1. That Defendant managed or controlled a place as an owner, lessee, agent, employee, occupant, or mortgagee;

2. That Defendant knowingly and intentionally made the place available for use; and

3. That Defendant made the place available for use for the purpose of unlawfully manufacturing, storing, distributing, or using a controlled substance.

Had this matter proceeded to trial, the Government was prepared to prove the following beyond a reasonable doubt:

On January 5, 2006, officers of the Metropolitan Police Department executed a search warrant at Defendant's home at 2520 10th Street, N.E., Apartment 28, in Washington, D.C. Search of the apartment revealed contraband in three separate locations. In the living room, officers

discovered nine zips of crack cocaine, eight of which were inside a pill bottle. In the bedroom officers recovered a razor blade and plate, as well as mail matter in Defendant's name. In the hallway officers discovered a black bag that was hidden behind a plumbing access door. Inside the bag were the following: a rock of crack cocaine weighing in excess of 50 grams; a plastic bag containing an additional 74 zips of crack cocaine; one digital scale; hundreds of empty ziplock bags; a Makrov .9 mm semi-automatic pistol bearing serial number J049092; a Lorcin .380 caliber semi-automatic pistol bearing serial number 538113; thirty-five rounds of .380 caliber ammunition; and thirty-five rounds of .9 mm ammunition. In all, Defendant is accountable for 58.24 grams of cocaine base, also known as crack.

Defendant was arrested and transported to the Fifth District where he made several statements after being advised of his <u>Miranda</u> rights and waiving them. Defendant explained that he was a drug user and lived in the apartment with his girlfriend who had no involvement with the drugs. Defendant explained that he did not own the drugs, but was storing them for another person. This other person would periodically visit the apartment to access the drug stash. During such visits, this other person would give Defendant a rock of crack cocaine for Defendant's personal use as payment for storing the drugs on the premises.

This factual proffer is a summary of Defendant's participation in the offense of Unlawful Maintenance of a Premise to Manufacture, Distribute, Store, and Use a Controlled Substance, and is not intended to be a complete accounting of all facts and events related to the offense. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support Defendant's guilty plea in this case.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

_____
BRIAN P. ROGERS
Special Assistant United States Attorney

## DEFENDANT'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Mary Petras, Esquire. I fully understand this factual proffer. I agree and acknowledge by my signature that this proffer of facts is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 6-29-06

JOHN C. JOHNSON
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this factual proffer, and have reviewed it with my client fully. I concur in my client's desire to adopt this factual proffer as true and accurate.

Date: 6-29-06

MARY PETRAS
Attorney for Defendant