UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA** )
)
    v. ) No. 1:06-cr-37-EGS
)
**JOHN C. JOHNSON** )

<u>Government's Memorandum In Aid Of Sentencing</u>

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully submits this memorandum in aid of the sentencing of defendant John C. Johnson.

Defendant Johnson, pursuant to a plea agreement, has pled guilty to a single count of maintaining premises to manufacture, distribute, store and use crack cocaine, on or about January 5, 2006, in violation of 21 U.S.C. § 856(a)(2). That charge was count 4 of a four-count indictment returned on February 9, 2006. Under the terms of the plea agreement, the government will be dismissing the remaining counts at the time of sentencing.

In addition, pursuant to the terms of the plea agreement, defendant Johnson has acknowledged that the quantity of crack cocaine involved in his criminal conduct is 58.24 grams, and has agreed not to seek a downward departure from the applicable offense level of the U.S. Sentencing Guidelines. Furthermore, with respect to the Guidelines, he has agreed not to seek a downward adjustment in the offense level other than a two-level

decrease pursuant to U.S.S.G. § 2D1.1(7) and a four-level decrease pursuant to U.S.S.G. § 2D1.8(a)(2).

The government agrees that the defendant is entitled to those downward adjustments. In addition, at the time of this writing, the government knows of no reason why the defendant should not also receive a three-level decrease for full and timely acceptance of responsibility, pursuant to U.S.S.G. § 3E1.1.

Accordingly, the government agrees with the Pre-Sentence Report that the defendant's total offense level is 23. The government also agrees with the PSR that the defendant's criminal history category is level I, yielding a guideline sentencing range of 46 to 57 months of imprisonment.

The government does not object to a sentence at the low end of that range, i.e., a sentence of 46 months of imprisonment.

                Respectfully submitted,

                JEFFREY A. TAYLOR
                United States Attorney

by: _____
     Michael C. Liebman
     Assistant United States Attorney
     D.C. Bar No. 479562
     555 Fourth Street, N.W., room 4231
     Washington, D.C.  20530
     353-2385
     michael.liebman@usdoj.gov