**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**


UNITED STATES OF AMERICA :

                    :

        **v.**                   **Criminal No. 06-037 (EGS)**

                    :

**JOHN C. JOHNSON**        :


**UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Mr. John C. Johnson, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the sentencing hearing from January 17, 2007, to another date convenient for the Court.

In support of this motion, counsel submits the following.

1.  On June 29, 2006, Mr. Johnson pled guilty to one count of maintaining a premises to manufacture, distribute, store and use crack cocaine, in violation of 21 U.S.C. § 856(a)(2).

2.  The Court has agreed to continue the sentencing in this matter to await the D.C. Circuit's opinion on the issue of the use of the disparity in the United States Sentencing Guidelines for crack cocaine and powder cocaine as a factor at sentencing. That opinion has not yet been issued.

3.  Undersigned counsel recently received approval to visit a client detained at the United States Naval Base in Guantanamo Bay, Cuba on January 18th.  Counsel had attempted to schedule the

visit for an earlier date, but was unable to obtain reservations for the earlier date on either of the two small commuter planes that travel to Guantanamo Bay. For that reason, counsel was compelled to schedule the visit for January 18th. A visit on June 18th will require that counsel travel on January 17th, and counsel will be unavailable for a hearing in this matter on that date. Because scheduling visits with clients at the Guantanamo facility is difficult – counsel must obtained approval from the Department of Defense for the particular date requested, obtain permission from the Administrative Office of the Courts, and then obtain seats on one of the commuter flights (which sell out quickly) – counsel respectfully requests that the Court not require her to try to reschedule that visit.

4. On December 14, 2006, undersigned counsel spoke with government counsel, who represented that the government does not oppose this motion. If convenient for the Court, government counsel and defense counsel are available for a sentencing hearing on January 23rd, February 7th, or February 8th.

WHEREFORE, for the foregoing reasons, Mr. Johnson respectfully moves this Honorable Court to continue the sentencing hearing from January 17, 2007, to another date convenient for the Court.

2

Respectfully submitted,


/s/
_____
Mary Manning Petras
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C.  20004
(202)208-7500