```
               UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF COLUMBIA
```

**UNITED STATES OF AMERICA**   :

                         :

       **v.**                  :        **Criminal No. 06-037 (EGS)**

                         :

**JOHN C. JOHNSON**              :

## ORDER

Upon consideration of defendant's Motion to Continue Sentencing Hearing and finding good cause shown, it is this \_\_ day of December, 2006, hereby

ORDERED that the motion is GRANTED; and it is further

ORDERED that the sentencing hearing in this matter is scheduled for _____.

_____
The Honorable Emmet G. Sullivan