HONORABLE EMMET G. SULLIVAN, UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUL 2 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA  :  Docket No.: 06-037-01 -- EGS
:
vs.                       :  SSN: N/A
:
JOHNSON, John C.          :  Disclosure Date: August __, ____

## RECEIPT AND ACKNOWLEDGMENT OF
## PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**
(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

( )  There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____          _____
**Prosecuting Attorney**                              **Date**

**For the Defendant**
(CHECK APPROPRIATE BOX)

( )  There are no material/factual inaccuracies therein.

(✓)  There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____          _____ Defendant
Date   Defense Counsel                     Date

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32.2, those executing this form shall first submit any material inaccuracies or disputes in writing by **September 12, 2006**, to U.S. Probation Officer **Tennille Losch**, telephone number **(202) 565-1385**, fax number **(202) 273-0242**.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

**FOR THE COURT**

By:  Richard A. Houck, Jr., Chief
    United States Probation Officer