UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. 06-37 (EGS) |
| | : | |
| v. | : | |
| | : | |
| JOHN C. JOHNSON, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney **Jeffrey Pearlman**, at telephone number **(202) 353-2385** and/or email address Jeffrey.Pearlman@usdoj.gov. **Jeffrey Pearlman** will substitute for Assistant United States Attorney Michael C. Liebman as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

/s/
Jeffrey Pearlman
District of Columbia Bar # 466-901
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW, Room 4231
Washington, DC 20530
(202) 353-2385