## CERTIFICATION OF VITAL RECORD

### GOVERNMENT OF THE DISTRICT OF COLUMBIA
### DEPARTMENT OF HEALTH
### CERTIFICATE OF DEATH

FILE DATE. JULY 25, 2008

FILE NUMBER: 108-2008-003351

FULL NAME OF DECEASED: JOHN JOHNSON

SEX. MALE

DATE OF DEATH: JULY 20, 2008

TIME OF DEATH: 5:18 PM

PLACE OF DEATH: PROVIDENCE HOSPITAL

SSN:

DATE OF BIRTH:

BIRTHPLACE: IRONSIDE, MARYLAND

RACE: BLACK OR AFRICAN AMERICAN

EDUCATION: 9TH THROUGH 12TH GRADE; NO DIPLOMA

HISPANIC ORIGIN: NOT SPANISH/HISPANIC/LATINO

MOTHER'S MAIDEN NAME: MARY NOVELLA

FATHER'S NAME: JOHN DENT

**FILED**

**AUG 29 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MARITAL STATUS: MARRIED

SURVIVING SPOUSE: FRANCES JOHNSON

RESIDENCE: WASHINGTON, DISTRICT OF COLUMBIA

FUNERAL HOME: MARSHALL'S FUNERAL HOME - DC

DATE OF DISPOSITION: JULY 28, 2008

PLACE OF DISPOSITION: GLENWOOD CEMETERY

MANNER OF DEATH: NATURAL DEATH

METHOD OF DISPOSITION: BURIAL

### CAUSE OF DEATH

### ONSET:

A. LIVER FAILURE

NOT STATED

B. CIRRHOSIS OF THE LIVER

NOT STATED

OTHER SIGNIFICANT CONDITIONS: SEPSIS

CERTIFIER: IEON DAWSON, M.D.

CD021561   This document certifies that this is a true and correct reproduction or abstract of the official record filed in the Vital Records Division of the District of Columbia Department of Health.

DATE ISSUED
AUGUST 18, 2008

*Julia E. Davidson-Randall*
Julia E. Davidson-Randall, Registrar

WARNING: IT IS UNLAWFUL TO MAKE COPIES OF THIS DOCUMENT AND PRESENT THEM AS OFFICIAL COPIES OF AN ORIGINAL CERTIFICATE